lumbia denied. *Messrs. Benjamin S. Minor, H. Prescott Gatley, Hugh. B. Rowland,* and *Arthur P. Drury* for petitioner. No appearance for respondent.

No. 396. UNITED STATES, SUBSTITUTED FOR R. BERGMAN, MASTER OF THE STEAMSHIP "HENRY COUNTY," *v.* A CARGO OF ABOUT 3,253 TONS OF COAL LADEN ON BOARD THE STEAMSHIP "HENRY COUNTY," ETC. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Chauncey G. Parker, Arthur M. Boal,* and *Harold F. Birnbaum* for petitioner. *Messrs. T. Catesby Jones* and *James W. Ryan* for respondent.

No. 397. UNITED STATES, SUBSTITUTED FOR MARTIN MILLER, MASTER OF THE STEAMSHIP "FRANKLIN COUNTY," *v.* A CARGO OF ABOUT 3,248 TONS OF COAL LADEN ON BOARD THE STEAMSHIP "FRANKLIN COUNTY," ETC. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Chauncey G. Parker, Arthur M. Boal,* and *Harold F. Birnbaum* for petitioner. *Messrs. T. Catesby Jones* and *James W. Ryan* for respondent.

No. 399. N. B. JOSEY GUANO COMPANY AND N. B. JOSEY COMPANY ET AL. *v.* E. I. DU PONT DE NEMOURS AND COMPANY. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. J. S. Manning, John H. Manning,* and *P. W. McMullan* for petitioners. No appearance for respondents.

No. 400. UNITED STATES EX REL. L. MARGULIES AND SONS, INC. *v.* J. RAYMOND McCARL, COMPTROLLER GENERAL. October 11, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied.